N:\legal\Upton_Cohen_Slam\Sunderlin v. UCS\Stip.V.J_091205.wpd

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GAYLE LEE SUNDERLIN,

             Plaintiff,

  - against -

UPTON, COHEN & SLAMOWITZ; RPI
ENTERPRISES LLC; and JASON NATHANIEL,

             Defendants.
-----------------------------------------------------------x

Index No. 6:04-CV-1297

STIPULATION ~~VACATING JUDGMENT AND~~ DISCONTINUING ACTION

**IT IS HEREBY STIPULATED AND AGREED**, BY AND BETWEEN THE PARTIES HERETO, THAT THE ABOVE ENTITLED ACTION BE, AND THE SAME HEREBY IS DISCONTINUED WITHOUT COSTS TO EITHER PARTY AS AGAINST THE OTHER. THIS STIPULATION MAY BE FILED WITHOUT FURTHER NOTICE WITH THE CLERK OF THE COURT. A FACSIMILE SIGNATURE SHALL BE DEEMED AN ORIGINAL FOR PURPOSES OF FILING THIS STIPULATION WITH THE COURT.

DATED: September 19, 2005

_____
GAYLE SUNDERLIN
DEFENDANT

_____
COHEN & SLAMOWITZ, LLP
BY: MARY D. MILONE, ESQ.
ATTORNEYS FOR PLAINTIFF

PSTPVACJ

SO ORDERED

_____
David E. Peebles
U.S. Magistrate Judge
Dated: 10/6/05
Syracuse, New York